

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00381-CV

BRIDGETT DAVIS                                                    APPELLANT

V.

FORT WORTH INDEPENDENT                                           APPELLEE
SCHOOL DISTRICT, SELF
INSURED

------------

## FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On June 27, 2011, we notified appellant that the brief she attempted to file was deficient and warned her that if she did not file a compliant brief, it could result in this court striking the filed brief, considering the noncomplying points as waived, or dismissing the appeal. On July 14, 2011, appellant filed her sixth motion for extension of time to complete her brief. On July 29, 2011, this court

---

[1]See Tex. R. App. P. 47.4.

granted that extension and ordered appellant to file her amended brief on or before Monday, August 8, 2011. We stated that if appellant's brief is not corrected in all respects and filed by Monday, August 8, 2011, this appeal will be dismissed for failure to comply.

On August 11, 2011, appellant filed her seventh motion for extension of time to file appellant's brief. It is ordered that the motion is DENIED.

Because appellant did not file her amended brief in accordance with our order, we strike her noncomplying brief and dismiss the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3(c), 43.2(f).

We deny appellant's "Application For Approval Of Reimbursement Of Fees."

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: August 25, 2011

2